186 Pa. Superior Ct. 57 (1958)
Commonwealth ex rel. Hoch, Appellant,
v.
Banmiller.
Superior Court of Pennsylvania.
Submitted March 19, 1958.
April 16, 1958.
*58 Before RHODES, P.J., HIRT, GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ.
*59 Arthur L. Hoch, appellant, in propria persona.
George C. Eppinger, District Attorney, for appellee.
OPINION PER CURIAM, April 16, 1958:
The order of the court below is affirmed on the opinion of President Judge DEPUY, as reported in 12 Pa. D. & C. 2d 65.